

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

August 7, 2023

**BY ECF**

The Honorable Cathy Seibel
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
White Plains, New York 10601

The time between August 11, 2023 and August 22, 2023 is hereby excluded under the Speedy Trial Act in the interests of justice. The ends of justice served by the exclusion outweigh the best interests of the public and the defendant in a speedy trial because it will enable the defendant and his counsel to review the discovery and will enable the parties to discuss a possible disposition without trial.

SO ORDERED.

/s/ Cathy Seibel    8/7/23
CATHY SEIBEL, U.S.D.J.

Re:  *United States v. Jaquey Wilkes*, 23 Cr. 369 (CS)
     **Application to Exclude Time**

Dear Judge Seibel:

The Government respectfully requests that the Court exclude the time between August 11, 2023 and August 22, 2023, the date of the initial pre-trial conference, under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7).

The defendant was arraigned on the Indictment on July 28, 2023. During that proceeding, the Honorable Victoria Reznik, United States Magistrate Judge, excluded time until August 11. The Government submits that a further exclusion of time between August 11 and the initial conference would serve the interests of justice by both allowing the defense time review discovery and giving the parties an opportunity to discuss a potential pretrial disposition of this matter.

The Government has conferred with defense counsel, and the defense does not object to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ David A. Markewitz*
    David A. Markewitz
    Assistant United States Attorney
    (914) 993-1920

Cc:   Mark Gombiner, Esq. (by ECF)